**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CROMAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 98-405C<br>c/w No. 01-40C<br>(Judge Hewitt) |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

Pursuant to the Court's order of April 11, 2005, plaintiff submits the following status report in this case on behalf of both parties. Since the issuance of the Court's order, counsel for the parties have conferred and have discussed the possibility of settlement. More specifically, counsel for plaintiff has agreed to review its theory of damages and consider the possibility of making a settlement offer based on an alternative approach.

However, the parties also recognize that owing to the fact that counsel for plaintiff is about to start a six-week trial before Judge Miller in the Precision Pine & Timber, Inc. v. United States case that his ability to make such a review will be substantially limited until the end of June. As such, the parties request that the Court issue an order pursuant to which they will report on their progress toward achieving a settlement on or before July 21, 2005.

Respectfully submitted,

s/Alan I. Saltman

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 6, 2005