# In the United States Court of Federal Claims

No. 98-405 C

(E-Filed: April 10, 2006)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Status Report on Behalf of the Parties (plaintiff's motion), indicating that the parties are currently engaged in settlement discussions and requesting an additional sixty days within which to file a joint status report. Based on the representations contained therein, plaintiff's motion is GRANTED. The parties shall file a joint status report on or before June 6, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge