# In the United States Court of Federal Claims

No. 98-405 C

(E-Filed: August 14, 2006)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Status Report on Behalf of the Parties (defendant's motion), indicating that the parties are currently engaged in settlement discussions and requesting an additional sixty-three days within which to file a joint status report. Based on the representations contained therein, defendant's motion is GRANTED. The parties shall file a joint status report on or before October 10, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge