# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: December 15, 2006)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Status Report on Behalf of the Parties (defendant's motion), indicating that defendant is evaluating plaintiff's settlement offer and suggesting that the parties file a joint status report within 30 days. Based on the representations contained therein, defendant's motion is GRANTED. The parties shall file a joint status report on or before Tuesday, January 16, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge