**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S STATUS REPORT</u>**

Pursuant the Court's order and in response to plaintiff's January 12, 2007 status report, defendant states that defendant has no objection to plaintiff's request for status conference. Counsel understands that plaintiff desires assurances regarding our consideration of plaintiff's proposal and we have no objection to providing such assurances regarding the time we will require to consider plaintiff's proposal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

| | |
|---|---|
| Of Counsel: | /s/ John S. Groat |
| | JOHN S. GROAT |
| Lori Jones, Esq. | Attorney |
| Department of Agriculture | Commercial Litigation Branch |
| Office of General Counsel | Civil Division |
| Washington, D.C. | Department of Justice |
| | 1100 L Street, N.W. |
| | Attn: Classification Unit |
| | 8th Floor |
| | Washington, D.C. 20530 |
| | Tele: (202)616-8260 |
| | Fax: (703) 514-7965 |
| January 16, 2007 | Attorneys for Defendant |