# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: February 6, 2007)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to the telephonic status conference held by the court on Friday, January 26, 2007, the court will hold another telephonic status conference on at 12:00 noon EST on Friday, February 9, 2007. A Sprint operator will initiate the call.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge