# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: February 9, 2007)

| | |
|---|---|
| CROMAN CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

On February 9, 2007, the court held a telephonic status conference with the parties. The parties made a joint oral motion to the court to stay the proceedings in this case pending the conclusion of proceedings in the case of Scott Timber Co. v. United States, No. 2006-5101 (Fed. Cir. 2006) (Scott Timber). The court GRANTS the oral motion to stay. The parties are directed to file a joint status report with the court proposing further proceedings within ten days after the Court of Appeals for the Federal Circuit issues its decision in Scott Timber. If a circumstance comes to the attention of the parties, or either of them, under which the interests of justice would be best served by revisiting the order to stay the proceedings, the parties, or either of them, shall, by motion, advise the court of that circumstance and shall move the court to reconsider the order to stay.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge