**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT ON BEHALF OF THE PARTIES**

By order dated February 9, 2007, the Court directed the parties to file a joint status report proposing further proceedings within ten days after the Federal Circuit issues its decision in Scott Timber.[1] In that regard, on Thursday, May 10, 2007, the Federal Circuit affirmed the decision of the trial court in Scott Timber without opinion pursuant to Fed. Cir. R. 36.

The parties have conferred and agree that they each need a bit more time to decide how best to proceed in this matter in the wake of the Federal Circuit's action in Scott Timber. As such, the parties request that the Court grant them an additional 14 days within which to file a joint status report proposing further proceedings in this case.

[1]Plaintiff is filing a similar status report in Croman Corp. v. United States, No. 01-40C, via electronic filing.

Respectfully submitted,

s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Of Counsel:

Richard W. Goeken
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Dated: May 18, 2007