IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William Rayel, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

William P. Rayel
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, NW
Washington, D.C. 20530
Phone: (202) 616-0302
Fax: (202) 307-0972
E-mail:William.Rayel@usdoj.gov

Attention: Classification Unit
8th Floor

s /William P. Rayel
William P. Rayel
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: July 25, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 25th day of July, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/William P. Rayel