# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: August 29, 2007)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On August 27, 2007, defendant filed Defendant's Status Report on Behalf of the Parties (report). The report states that "[t]he parties have discussed various possibilities for settlement but have not reached a tentative agreement." Report 1. The report also states that defendant's counsel "is continuing the process of learning about the facts and issues of the case in order to prepare for further settlement negotiations and discovery." Id.

Pursuant to the parties' suggestion in the report, the parties shall file a joint status report updating the court on the status of settlement negotiations in this case on or before Thursday, September 27, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge