# In the United States Court of Federal Claims

No. 98-405 C
(E-Filed: January 9, 2008)

CROMAN CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On January 7, 2008, plaintiff filed Plaintiff's Status Report on Behalf of the Parties (report). Based on the representations contained in the report, and pursuant to the parties' suggestion in the report, the parties shall file a joint status report updating the court on the status of settlement negotiations in this case on or before Thursday, February 7, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge