**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant the Court's order of January 9, 2008, the parties respectfully provide the following joint status report.[1] The parties have discussed various possibilities for settlement but have not reached a tentative agreement. On January 31, 2008, defendant provided plaintiff with its position with regard to a key element of plaintiff's settlement offer, which included several questions. Plaintiff is in the process of responding to those questions, as well as another set of outstanding questions from defendant. Defendant is also in the process of continuing to analyze plaintiff's settlement offer. Pending timely receipt of answers to questions defendant has posed, and further questions defendant may pose in the near future, defendant's counsel anticipates being able to provide plaintiff with a number, by March 28, 2008, that he would recommend for settlement. At this time, the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter.

---

[1] Pursuant to the Court's order of December 12, 2005, the parties are filing an identical status report in Croman Corp. v. United States, No. 01-40C.

The parties respectfully suggest that they file a status report updating the Court on the status of settlement negotiations on or before March 7, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
by Donald E. Kinner
BRYANT G. SNEE
Assistant Director

/s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

February 7, 2007

Attorneys for Defendant