**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant the Court's order of February 8, 2008, the parties respectfully provide the following joint status report.[1] The parties have discussed various possibilities for settlement but have not reached a tentative agreement. On January 31, 2008, defendant provided plaintiff with its position with regard to a key element of plaintiff's settlement offer, which included several questions. Plaintiff responded to those questions on February 12, 2008. Plaintiff also responded to another outstanding set of questions, from November 2007, on February 19, 2008. On March 5, 2008, plaintiff provided defendant with a revised settlement proposal, as well as responses to questions posed by defendant on February 21, 2008 and revisions to an earlier response to defendant's questions. Defendant is in the process of analyzing plaintiff's revised settlement offer. At this time, defendant's counsel anticipates being able to provide plaintiff with a number that he would recommend for settlement by April 4, 2008. At this time, the parties propose to continue discussing possibilities for settlement in an attempt to resolve this matter.

---

[1] Pursuant to the Court's order of December 12, 2005, the parties are filing an identical status report in Croman Corp. v. United States, No. 01-40C.

The parties respectfully suggest that they file a status report updating the Court on the status of settlement negotiations on or before April 11, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

March 7, 2008

Attorneys for Defendant