**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CROMAN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 98-405C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant the Court's order of June 16, 2008, the parties respectfully provide the following joint status report.[1] The parties have discussed various possibilities for settlement but have not reached a tentative agreement. On April 10, 2008, defendant's counsel provided plaintiff with a number that he would be willing to recommend for settlement, along with supporting calculations and analysis. On April 29, 2008, plaintiff provided defendant with a counter-offer. On June 25, 2008, defendant's counsel provided plaintiff with another number he would be willing to recommend for settlement, subject to plaintiff satisfying certain concerns, along with supporting calculations and analysis. Plaintiff has analyzed defendant's counsel's June 25, 2008 letter and the parties have agreed that they should proceed with litigating this case, rather than continue settlement discussions exclusively.

The parties respectfully suggest that they file a status report proposing an initial schedule for moving forward with this litigation on or before July 15, 2008.

[1] Pursuant to the Court's order of December 12, 2005, the parties are filing an identical status report in Croman Corp. v. United States, No. 01-40C.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/Alan I. Saltman
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

/s/ William P. Rayel
William P. Rayel
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

July 2, 2008

Attorneys for Defendant